GEORGE M. CLOUGH, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Kelby and Young, JJ., concur; Rich, J., dissents.

THOMAS COLLINS, Respondent, Appellant, v. WILLIAM W. SPENCER & SONS CORPORATION, Respondent, Impleaded with LEHIGH VALLEY RAILROAD COMPANY, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

HARWAY IMPROVEMENT COMPANY, Appellant, v. HUGH R. PARTRIDGE, Defendant, Impleaded with THE CITY OF NEW YORK, Respondent.— Order denying motion to amend interlocutory judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

In the Matter of Proving the Last Will and Testament of BRIDGET MAGINN, Deceased, as a Will of Real and Personal Property.— Order of the Surrogate's Court of Richmond county reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The surrogate of the county of Kings once having acquired and exercised jurisdiction, and not having determined the residence of the testatrix not to have been in her own county, excluded the subsequent exercise of jurisdiction by the surrogate of the county of Richmond. (Surrogate's Court Act, § 44; *Matter of Buckley*, 41 Hun, 106.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MORRIS KELLER, Respondent, v. EDWARD HALAM and Another, Copartners, etc., Appellants.— Judgment and order denying motion for a new trial upon the ground of newly-discovered evidence affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ROSETTA S. MILLER, Respondent, v. PHILEMON MILLER, Appellant.— Order modified by reducing the allowance of counsel fee from $100 to $50, payable one-half within ten days and balance when case is called for trial, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

EMMA V. NUGENT, Respondent, v. RICHARD J. NUGENT, Appellant.— Order denying motion to reduce alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MARLEN E. PEW, Appellant, v. INTERNATIONAL NEWS SERVICE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kelby, J., dissents on the ground that the letter of January fifth was a discharge as matter of law.

MAX RUBIN, Respondent, v. MAX LENGER and Others, Co-owners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.